Speed Henry FRY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7403.

Circuit Court of Appeals, Sixth Circuit.

Feb. 15, 1938.

Charles C. Moore, of Chattanooga, Tenn., for petitioner.

Robert H. Jackson, Sewall Key, and Herman Oliphant, all of Washington, D. C., for respondent.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed for the reasons stated in its memorandum opinion.

The late Judge MOORMAN joined in conference decision but died before it could be prepared and announced.

C. A. GODING v. COMMISSIONER OF INTERNAL REVENUE.

No. 7782.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1938.

Eugene Meacham, of Washington, D. C., for petitioner.

James W. Morris, Sewall Key, Morrison Shafroth, and Arthur H. Fast, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be, and the same is, dismissed, pursuant to motion of petitioner.

Herbert C. GOLDMAN, as Trustee In Bankruptcy of POMOC OIL CO., Bankrupt, v. AMERICAN NAPHTHA–OIL CORPORATION.

No. 8634.

Circuit Court of Appeals, Ninth Circuit.

Feb. 28, 1938.

Geo. T. Goggin and Orris Hedges, both of Los Angeles, Cal., for appellant.

Hazlett & Plummer and Robert J. Sullivan, all of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly; mandate forthwith.